BARBER-GREENE COMPANY, INC., Appellant, *v.* M. F. DOLLARD, JR., INC., Respondent.

(Submitted March 20, 1935; decided April 17, 1935.)

*Roland Ford* for appellant.

*Harold J. Hinman* and *George H. Rothlauf* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.